IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION )
) NO. 3:06-MD-1760
This document relates to case number ) JUDGE CAMPBELL
3:06-0504 )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 1289), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

The Magistrate Judge recommended that the Defendant's Motion to Dismiss the claims of Plaintiff Joslin (Docket No. 1181) be DENIED unless Plaintiff failed to file a Motion for Substitution by May 27, 2008. Plaintiff has filed a Motion for Substitution. Docket No. 1307.

Therefore, Defendant's Motion to Dismiss (Docket No. 1181) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE